UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60855

BENJAMIN DEMONSTRANTI,

    Plaintiff,

v.

FROST-ARNETT COMPANY,
and ASCENT MEDICAL GROUP,
LLC

    Defendants.
_____/

### DEFENDANT, ASCENT MEDICAL GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPROPRIATE DISMISSAL PAPERS

Defendant, ASCENT MEDICAL GROUP, LLC ("Ascent"), by and through its undersigned counsel, and pursuant to *Fed.R.Civ.P. 6(b)* and *S.D. Fla. L.R.* 7.1, respectfully moves, without opposition, for an extension of time in which to file the appropriate dismissal papers in this matter and states as follows:

1. On July 21, 2020, Plaintiff, BENJAMIN DEMONSTRANTI filed a Notice of Pending Settlement, and on July 23, 2020, the Court issued an Order [D.E. 28] to the parties to file appropriate dismissal papers with the Court no later than August 24, 2020.

2. Currently, two of the three parties have executed the Confidential Settlement Agreement, and the parties and their counsel are working to comply with its terms so that the appropriate dismissal papers can be executed.

3. Due to the recent pandemic of COVID-19 requiring offices and the parties to work remotely as well as pre-planned vacations of counsel, the undersigned counsel respectfully requests an additional ten (10) days, through and including Thursday, September 3, 2020, to file the appropriate dismissal papers with the Court.

4. In accordance with *S.D. Fla. L.R.* 7.1.A.3, the undersigned certifies that he has conferred with counsel for the Plaintiff with regard to this Motion and the additional time that is being requested. Counsel for Plaintiff confirmed that he has no opposition to the relief requested.

WHEREFORE, Defendant, ASCENT MEDICAL GROUP, LLC respectfully requests that this Court enter an Order granting its Unopposed Motion for Extension of Time to file the appropriate dismissal papers with the Court through and including September 3, 2020, and grant any additional relief as is just, equitable and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2020, a true copy of the following was e-filed and served through the Electronic Case Filing System (CM / ECF) upon Counsel for Plaintiff, Jibrael S. Hindi, Esq., jibrael@jibraellaw.com; and Thomas J. Patti, Esq., (tom@jibraellaw.com) Law Offices of Jibrael S. Hindi, PLLC, 110 S.E. 6th Street, Suite 1700, Fort Lauderdale, Florida 33301

GUNSTER, YOAKLEY & SMITH, P.A.
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: /s *Eric C. Edison, Esq.*
Glenn J. Waldman
Florida Bar No. 374113
Email: Gwaldman@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 10379
Email: Eedison@gunster.com